UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL JOHN F. MAIER,<br><br>                    Plaintiff,<br><br>     v.<br><br>SNOHOMISH JAIL et al.,<br><br>                    Defendants. | Case No. C19-2007 RSM-BAT<br><br>REPORT AND RECOMMENDATION |

On December 6, 2019, plaintiff Michel John F. Maier a Snohomish County Jail detainee filed a civil rights action against the Snohomish County jail and various individuals employed there. Dkt. 1. The Court recommends **DISMISSING** the complaint because it is duplicative of complaints plaintiff filed on November 27, 2019 and December 2, 2019.

On November 27, 2019, plaintiff submitted a civil rights complaint under C19-1962 BJR-MAT alleging his rights at the Snohomish County Jail were violated because: (1) he is a Seventh Day Adventist and was denied a "verifiable vegan diet"; (2) he is disabled and denied appropriate housing; (3) he is "stressed" from lack of availability of mail or phones; and (4) he was denied proper medical care such as medication, clothing and "personal shoes."

On December 2, 2019, plaintiff filed another civil rights complaint under C19-1963 JLR-MLP alleging his rights at the Snohomish County Jail were violated because (1) he was denied a

REPORT AND RECOMMENDATION
PAGE - 1

healthy vegan diet; (2) he was denied adequate medical care for numerous medical conditions and also denied his "personal shoes"; and (3) he was denied the right to go to church and "worship my God."

As with the complaints plaintiff filed earlier, the present complaint also alleges a denial of a vegan diet, a lack of availability of mail and phones; and inadequate medical care (denial of personal shoes and delay in dental care.). *See* Complaint Dkt. 1. Because the complaint before this Court is duplicative of two other civil rights complaints which are currently pending before two different district judges, the instant action should be dismissed. *See Adams v. California Department of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007) ("Plaintiffs generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court against the same defendant."). Plaintiff will not be prejudiced by dismissing this complaint. First, he can raise the claims herein through at least one of the complaints he previously filed. And second, the other earlier submitted complaints have not yet been served on the defendants. Thus, plaintiff at this point can add any additional factual allegations (such as denial of dental care) contained herein that he believes are not fully set forth in the other pending complaints by timely filing an amended complaint.

This Court accordingly recommends the instant action be dismissed with prejudice as duplicative of C19-1962 BJR-MAT and C19-1963 JLR-MLP and plaintiff's application to proceed *in forma pauperis* be stricken as moot. A proposed Order accompanies this Report and Recommendation.

If plaintiff objects to this Report and Recommendation, he must file his objections no later than **December 24, 2019. The Clerk of Court shall note the matter for December 27,**

REPORT AND RECOMMENDATION
PAGE - 2

**2019 as ready for the district judge's consideration.** Objections are limited to 5 pages. The failure to file objections within the specified time may affect your right to appeal.

DATED this 10th day of December, 2019.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 3