UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL-JOHN FREDERICK MAIER,

    Plaintiff,

v.

SNOHOMISH COUNTY CORRECTIONS, et al.,

    Defendants.

CASE NO. C19-2007 RSM-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed with prejudice and the IFP application is stricken as moot.

(3) The Clerk is directed to send copies of this Order to the parties.

Dated this 30 day of <u>December</u>, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1